John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

Check No. 813294

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-90589 | 005-0 | BRENDA D. HARRIS<br>Original Check written to:<br>WASHINGTON MUTUAL<br>19850 PLUMMER ST<br>MAIL STOP CODE N 07 01<br>CHATSWORTH, CA 91311 | xxxxxx1736 | 0.00 | 354.15 | 0.00 | 354.15 |
| 05-90700 | 003-0 | ROBERT MICHAEL AGNEW<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA 94529-0001 | xxxxxx8125 | 378.58 | 33.30 | 0.00 | 33.30 |
| 05-90994 | 015-0 | SCOTT ERIC MUNDT<br>Original Check written to:<br>REDDITT EMERGENCY PHYSICIANS<br>NCO FINANCIAL SYSTEMS, INC.<br>PO BOX 41567<br>PHILADELPHIA, PA 19101 | xxxxxxxxxxxxxxxxxxxxx-KUR | 172.71 | 8.29 | 0.00 | 8.29 |
| 07-10681 | 037-0 | LARRY JAMES ANTOINE, JR.<br>Original Check written to:<br>SELECT PORTFOLIO SERVICING INC<br>ATTN: BANKRUPTCY DEPT<br>P O BOX 65450<br>SALT LAKE CITY, UT 84165- | xxxxxxxxx0912 | 4,502.68 | 322.44 | 0.00 | 322.44 |